[No. 34931-7-I.  Division One.  December 1, 2003.]

*In the Matter of the Detention of* ANDRE BRIGHAM YOUNG.

ANDRE BRIGHAM YOUNG, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 90-2-21319-6, Harriett M. Cody, J., entered April 29 and July 7, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Becker, C.J., and Grosse, J.

[No. 47716-1-I.  Division One.  December 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CARMEN Y.
KIRKPATRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06300-3, Ronald Kessler, J., entered November 28, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Schindler, JJ.

[No. 49294-2-I.  Division One.  December 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
MOSES LAPIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03287-5, Charles W. Mertel, J., entered October 1, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Schindler, JJ.

[No. 49655-7-I.  Division One.  December 1, 2003.]

RALPH DWIGHT BUNCH, *Respondent*, v. KING COUNTY
DEPARTMENT OF YOUTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-11417-5, Sharon S. Armstrong, J., entered November 27, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ.